UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| PALMCO ADMINISTRATION, LLC d/b/a INDRA ENERGY ADMINISTRATION,<br><br>Plaintiff,<br><br>-against-<br><br>PRIME CONNECT SALES LLC AND NEIL PATEL,<br><br>Defendants. | 1:24-cv-9409 (ALC)<br><br>**ORDER** |

------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

On May 2, 2025, former counsel for Plaintiff filed an affidavit of service attesting to service of the Amended Complaint by registered mail on Defendants on January 2, 2025. ECF No. 14. On May 5, 2025, former counsel requested a certificate of default from the Clerk of Court because Defendants had not responded to the Amended Complaint. ECF Nos. 15–18. The Clerk of Court rejected the request because service was improper. *See* May 5, 2025 Notice.

However, it appears that in an agreement between the parties, Defendants consented to service by registered mail and former counsel provided proof of service by registered mail of the Summons and Amended Complaint unto Defendants. ECF Nos. 6, 16. Accordingly, Plaintiff's counsel may re-file Plaintiff's request for a certificate of default on or before **October 24, 2025**. Upon receipt of the renewed request, the Clerk of Court is respectfully directed to consider service on Defendants as proper per the parties' agreement.

**SO ORDERED.**

Dated: New York, New York
       October 8, 2025

_____

**ANDREW L. CARTER, JR.**
**United States District Judge**