**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PALMCO ADMINISTRATION, LLC d/b/a INDRA ENERGY ADMINISTRATION, | Civil Case No. 1:24-cv-09409-ALC |
| Plaintiff, | **DEFAULT JUDGMENT** |
| v. | |
| PRIME CONNECT SALES LLC and NEIL PATEL | |
| Defendants. | |

This action having been commenced on December 10, 2024, by the filing of the

Summons and Complaint, and that on December 20, 2024, Plaintiff filed an Amended Complaint

and a copy of the Summons and Complaint having been personally served on the Defendants,

Prime Connect, LLC, and Neil Patel , on January 2, 2025, by U.S. Registered Mail on Prime

Connect, LLC, and Neil Patel, and a proof of service having been filed on and the defendant not

having answered the Complaint, and the time for answering the Complaint having expired, and

the Court having issued an Order to Show Cause that Defendants needed to respond to by

December 23, 2025, it is

ORDERED, ADJUDGED AND DECREED: That the plaintiff has judgment against

Defendant Prime Connect, LLC, and Neil Patel in the liquidated amount of $156,160.81 with

interest at 9% from December 20, 2024, plus costs and disbursements of this action in the

amount of $2000.00 amounting in all to $169,538.23.

Dated: April 30, 2026

New York, New York

U.S.D.J.

The Clerk of Court is respectfully directed to terminate ECF No. 29 and terminate this case.